EMANUEL WANNER

*vs.*

HORNBECK & HINTON, Incorporated.

*Dismissal of Appeal.*

The burden is on the appellant to show that the delay in transmitting the record to the Court of Appeals was due to the neglect or inability of the clerk or to the appellee.

*Decided January 13th, 1921.*

Appeal from the Superior Court of Baltimore City (Soper, C. J.).

The cause was argued before Briscoe, Thomas, Urner, Stockbridge, Adkins, and Offutt, JJ.

*Christopher R. Wattenscheidt* and *Laurie H. Riggs,* for the appellant.

*Lee I. Hecht,* for the appellee.

*Per curiam* opinion